Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
T: (702) 949.8200
E-mail: MMcCue@LewisRoca.com
E-mail: MZhong@LewisRoca.com

Fara S. Sunderji (*pro hac vice forthcoming*)
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019
(212) 415-9200
E-mail: sunderji.fara@dorsey.com

John Marti (*pro hac vice forthcoming*)
Caitlin Hull (*pro hac vice forthcoming*)
DORSEY & WHITNEY LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
(612) 340-2600
E-mail: marti.john@dorsey.com
E-mail: hull.caitlin@dorsey.com

*Attorneys for Plaintiffs Harpo, Inc.
and OW Licensing Company, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HARPO, INC. and OW LICENSING COMPANY, LLC<br><br>Plaintiffs,<br><br>v.<br><br>NUU3 NUTRITION LLC, BRENDAN O'SHEA, and DANNY O'SHEA,<br><br>Defendants. | Case No.: 2:23-cv-00899<br><br>**CORPORATE DISCLOSURE STATEMENT** |

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1, PLAINTIFFS, HARPO, INC. ("HARPO") AND OW LICENSING COMPANY, LLC ("OW") (COLLECTIVELY "PLAINTIFFS"), BY AND THROUGH THEIR UNDERSIGNED ATTORNEYS, HEREBY SUBMIT THE FOLLOWING:

121438014.1

1. Pursuant to Federal Rule of Civil Procedure 7.1, OW Licensing Company, LLC states that it does not have any parent corporations and no publicity held corporation owns 10% of more of OW Licensing Company, LLC's stock.

2. Pursuant to Federal Rule of Civil Procedure 7.1, Harpo, Inc. states that it does not have any parent corporations and no publicity held corporation owns 10% of more of Harpo, Inc.'s stock.

3. Pursuant to District of Nevada Local Rule 7.1-1, except as stated herein, there is no other person, association of person, firms, partnerships, or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of this case.

4. These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Dated this 7th day of June, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

/s/ Michael J. McCue
Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
T: (702) 949.8200
E-mail: MMcCue@LewisRoca.com
E-mail: MZhong@LewisRoca.com

Fara S. Sunderji (*pro hac vice forthcoming*)
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019
(212) 415-9200
E-mail: sunderji.fara@dorsey.com

John Marti (*pro hac vice forthcoming*)
Caitlin Hull (*pro hac vice forthcoming*)
DORSEY & WHITNEY LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
(612) 340-2600
E-mail: marti.john@dorsey.com
E-mail: hull.caitlin@dorsey.com

*Attorneys for Plaintiffs Harpo, Inc. and OW Licensing Company, LLC*