Ryan Gile, Esq.
rg@gilelawgroup.com
Nevada Bar No. 8807
**GILE LAW GROUP LTD**.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorney for Defendant Nuu3 Nutrition LLC and Brendan O'Shea*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARPO, INC. and OW LICENSING COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NUU3 NUTRITION LLC, BRENDAN O'SHEA, and DANNY O'SHEA,<br><br>Defendants. | Case No. 2:23-cv-00899-JCM-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiffs Harpo, Inc. and OW Licensing Company, LLC ("Plaintiffs"), by and through their counsel of record, and Defendant Brendan O'Shea ("Defendant"), by and through his counsel of record, hereby agree and stipulate to an 18 day extension of time for Defendant to file and serve its answer or otherwise respond to the Complaint (ECF No. 1). Defendant was served on July 22, 2023, and so the current response deadline is August 14, 2023. The parties agree that Defendant shall have up to and including September 1, 2023, to answer or otherwise respond to the Complaint (ECF No. 1). This is the first request by the Defendant for such extension.

Good cause for this request exists because counsel for Plaintiffs and Defendant have just recently initiated good faith settlement discussions in order to try and resolve this matter and require the additional time to continue such settlement efforts and discuss in greater detail the possible terms and conditions of a settlement. Accordingly, this Stipulation is made for good cause and not for purposes of delay.

/ / /

For the foregoing reasons, the parties hereby stipulate and agree to extend the deadline for Defendant to answer or otherwise respond to the Complaint from August 14, 2023, to September 1, 2023.

DATED: August 14, 2023

**IT IS SO AGREED AND STIPULATED:**

| **LEWIS ROCA ROTHGERBER CHRISTIE LLP** | **GILE LAW GROUP LTD.** |
|---|---|
| /s/ Meng Zhong | /s/ Ryan Gile |
| Michael J. McCue | Ryan Gile, Esq. |
| Nevada Bar No. 6055 | Nevada Bar No. 8807 |
| Meng Zhong | 1180 N. Town Center Drive |
| Nevada Bar No. 12145 | Suite 100 |
| 3993 Howard Hughes Parkway, Suite 600 | Las Vegas, NV 89144 |
| Las Vegas, NV 89169 | Tel. (702) 703-7288 |
| T: (702) 949.8200 | rg@gilelawgroup.com |
| E-mail: MMcCue@LewisRoca.com | |
| E-mail: MZhong@LewisRoca.com | *Attorney for Defendant Nuu3 Nutrition LLC and Brendan O'Shea* |

Fara S. Sunderji (pro hac vice forthcoming)
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019
(212) 415-9200
E-mail: sunderji.fara@dorsey.com

John Marti (pro hac vice forthcoming)
Caitlin Hull (pro hac vice forthcoming)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600
E-mail: marti.john@dorsey.com
E-mail: hull.caitlin@dorsey.com

*Attorneys for Plaintiffs Harpo, Inc. and OW Licensing Company, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8-14-2023

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to all participants in the case who are registered CM/ECF users.

<i>/s/ Ryan Gile</i><br>
Employee, Gile Law Group Ltd.