Ryan Gile, Esq.
rg@gilelawgroup.com
Nevada Bar No. 8807
**GILE LAW GROUP LTD**.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorney for Defendants Nuu3 Nutrition LLC,
Brendan O'Shea, and Danny O'Shea*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARPO, INC. and OW LICENSING COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NUU3 NUTRITION LLC, BRENDAN O'SHEA, and DANNY O'SHEA, <br><br> Defendants. | Case No. 2:23-cv-00899-JCM-VCF <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** <br><br> **(Third Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiffs Harpo, Inc. and OW Licensing Company, LLC ("Plaintiffs"), by and through their counsel of record, and Defendants Nuu3 Nutrition LLC, Brendan O'Shea, and Danny O'Shea ("Defendants"), by and through their counsel of record, hereby agree and stipulate to an extension of time to November 1, 2023, for the Defendants to file and serve their answer or otherwise respond to the Complaint (ECF No. 1).

Defendant Nuu3 Nutrition LLC was served on July 12, 2023. On August 1, 2023, the parties filed a stipulation to extend Nuu3 Nutrition LLC's deadline to answer or otherwise respond to the Complaint to September 1, 2023 (ECF No. 20), which was granted by the Court on August 3, 2023 (ECF No. 21).

Defendant Brendan O'Shea was served on July 22, 2023. On August 14, 2023, the parties filed a stipulation to extend Brendan O'Shea's deadline to answer or otherwise respond to the Complaint to September 1, 2023 (ECF No. 23), which was granted by the Court on August 14, 2023 (ECF No. 24).

1   Defendant Danny O'Shea was served on August 9, 2023.

2   On August 24, 2023, the parties filed a stipulation to extend the deadline for all
3   Defendants to answer or otherwise respond to the Complaint to October 2, 2023 (ECF No. 26),
4   which was granted by the Court on September 5, 2023 (ECF No. 28).

5   The parties now agree that the Defendants shall have up to and including November 1,
6   2023, to answer or otherwise respond to the Complaint (ECF No. 1). This is the third request by
7   the Defendants Nuu3 Nutrition LLC and Brendan O'Shea and the second request by Defendant
8   Danny O'Shea.

9   Good cause for this request exists because counsel for Plaintiffs and Defendants remain
10  actively engaged in good faith settlement discussions in order to try and resolve this matter.
11  Plaintiffs have communicated basic terms to Defendants and are drafting a settlement proposal
12  for Defendants' consideration, which they expect to send in early October.  As such, the parties
13  require additional time to continue such settlement efforts and to work out the possible terms and
14  conditions of a settlement.

15  Accordingly, this Stipulation is made for good cause and not for purposes of delay.

16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

GLG-30830                                           2

For the foregoing reasons, the parties hereby stipulate and agree to extend the deadline for Defendants to answer or otherwise respond to the Complaint to November 1, 2023.

DATED: September 25, 2023

**IT IS SO AGREED AND STIPULATED:**

| **LEWIS ROCA ROTHGERBER CHRISTIE LLP** | **GILE LAW GROUP LTD.** |
|---|---|
| /s/ Meng Zhong | /s/ Ryan Gile |
| Michael J. McCue | Ryan Gile, Esq. |
| Nevada Bar No. 6055 | Nevada Bar No. 8807 |
| Meng Zhong | 1180 N. Town Center Drive |
| Nevada Bar No. 12145 | Suite 100 |
| 3993 Howard Hughes Parkway, Suite 600 | Las Vegas, NV 89144 |
| Las Vegas, NV 89169 | Tel. (702) 703-7288 |
| T: (702) 949.8200 | rg@gilelawgroup.com |
| E-mail: MMcCue@LewisRoca.com | |
| E-mail: MZhong@LewisRoca.com | *Attorney for Defendants Nuu3 Nutrition LLC, Brendan O'Shea, and Danny O'Shea* |

Fara S. Sunderji (pro hac vice forthcoming)
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019
(212) 415-9200
E-mail: sunderji.fara@dorsey.com

John Marti (pro hac vice forthcoming)
Caitlin Hull (pro hac vice forthcoming)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600
E-mail: marti.john@dorsey.com
E-mail: hull.caitlin@dorsey.com

*Attorneys for Plaintiffs Harpo, Inc. and OW Licensing Company, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-25-2023

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to all participants in the case who are registered CM/ECF users.

*/s/ Ryan Gile*
Employee, Gile Law Group Ltd.