Ryan Gile, Esq.
*rg@gilelawgroup.com*
Nevada Bar No. 8807
**GILE LAW GROUP LTD.**
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorney for Defendants Nuu3 Nutrition LLC,*
*Brendan O'Shea, and Danny O'Shea*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARPO, INC. and OW LICENSING COMPANY, LLC, | Case No. 2:23-cv-00899-JCM-VCF |
| Plaintiffs, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | |
| NUU3 NUTRITION LLC, BRENDAN O'SHEA, and DANNY O'SHEA, | **(Fourth Request)** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiffs Harpo, Inc. and OW Licensing Company, LLC ("Plaintiffs"), by and through their counsel of record, and Defendants Nuu3 Nutrition LLC, Brendan O'Shea, and Danny O'Shea ("Defendants"), by and through their counsel of record, hereby agree and stipulate to an extension of time to December 1, 2023, for the Defendants to file and serve their answer or otherwise respond to the Complaint (ECF No. 1).

Defendant Nuu3 Nutrition LLC was served on July 12, 2023.  On August 1, 2023, the parties filed a stipulation to extend Nuu3 Nutrition LLC's deadline to answer or otherwise respond to the Complaint to September 1, 2023 (ECF No. 20), which was granted by the Court on August 3, 2023 (ECF No. 21).

Defendant Brendan O'Shea was served on July 22, 2023.  On August 14, 2023, the parties filed a stipulation to extend Brendan O'Shea's deadline to answer or otherwise respond to the Complaint to September 1, 2023 (ECF No. 23), which was granted by the Court on August 14, 2023 (ECF No. 24).

Defendant Danny O'Shea was served on August 9, 2023.

On August 24, 2023, the parties filed a stipulation to extend the deadline for all Defendants to answer or otherwise respond to the Complaint to October 2, 2023 (ECF No. 26), which was granted by the Court on September 5, 2023 (ECF No. 28).

On September 25, 2023, the parties filed a stipulation to extend the deadline for all Defendants to answer or otherwise respond to the Complaint to November 1, 2023 (ECF No. 29), which was granted by the Court on September 25, 2023 (ECF No. 30).

The parties now agree that the Defendants shall have up to and including December 1, 2023, to answer or otherwise respond to the Complaint (ECF No. 1). This is the fourth request by the Defendants Nuu3 Nutrition LLC and Brendan O'Shea and the third request by Defendant Danny O'Shea.

Good cause for this request exists because counsel for Plaintiffs and Defendants remain actively engaged in good faith settlement discussions in order to try and resolve this matter. Plaintiffs are still in the process of drafting a settlement proposal for Defendants' consideration, which they expect to send before the end of October.  As such, the parties require additional time to continue such settlement efforts and to work out the possible terms and conditions of a settlement.

Accordingly, this Stipulation is made for good cause and not for purposes of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

GLG-30846

2

1    For the foregoing reasons, the parties hereby stipulate and agree to extend the deadline for

2  Defendants to answer or otherwise respond to the Complaint to December 1, 2023.

3  DATED: October 23, 2023

4  **IT IS SO AGREED AND STIPULATED:**

5  **LEWIS ROCA ROTHGERBER CHRISTIE LLP**     **GILE LAW GROUP LTD**.

6  */s/ Meng Zhong*                                    */s/ Ryan Gile*
   Michael J. McCue                                    Ryan Gile, Esq.
7  Nevada Bar No. 6055                                 Nevada Bar No. 8807
   Meng Zhong                                          1180 N. Town Center Drive
8  Nevada Bar No. 12145                                Suite 100
   3993 Howard Hughes Parkway, Suite 600               Las Vegas, NV 89144
9  Las Vegas, NV 89169                                 Tel. (702) 703-7288
10 T: (702) 949.8200                                   rg@gilelawgroup.com
   E-mail: MMcCue@LewisRoca.com
11 E-mail: MZhong@LewisRoca.com                        *Attorney for Defendants Nuu3*
                                                       *Nutrition LLC, Brendan O'Shea, and*
12                                                     *Danny O'Shea*
   Fara S. Sunderji (admitted pro hac vice)
13 DORSEY & WHITNEY LLP
   51 West 52nd Street
14 New York, NY 10019
   (212) 415-9200
15 E-mail: sunderji.fara@dorsey.com

16
   John Marti (admitted pro hac vice)
17 Caitlin Hull (admitted pro hac vice)
   DORSEY & WHITNEY LLP
18 50 South Sixth Street, Suite 1500
   Minneapolis, MN 55402
19 (612) 340-2600
20 E-mail: marti.john@dorsey.com
   E-mail: hull.caitlin@dorsey.com
21
   *Attorneys for Plaintiffs Harpo, Inc.*
22 *and OW Licensing Company, LLC*

23

24                              **IT IS SO ORDERED:**

25                              _____

26                              UNITED STATES MAGISTRATE JUDGE

27                              DATED: 10-24-2023
                                       _____

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to all participants in the case who are registered CM/ECF users.

*/s/ Ryan Gile*
Employee, Gile Law Group Ltd.

GLG-30846

4