Michael J. McCue, NV Bar No. 6055
Meng Zhong, NV Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
T: (702) 949.8200
E-mail: MMcCue@LewisRoca.com
E-mail: MZhong@LewisRoca.com

Fara S. Sunderji (*admitted pro hac vice*)
Tamara Carmichael (*admitted pro hac vice*)
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019
T: (212) 415-9200
E-mail: sunderji.fara@dorsey.com
E-mail: carmichael.tamara@dorsey.com

John Marti (*admitted pro hac vice*)
Caitlin Hull (*admitted pro hac vice*)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
T: (612) 340-2600
E-mail: marti.john@dorsey.com
E-mail: hull.caitlin@dorsey.com

*Attorneys for Plaintiffs Harpo, Inc.
and OW Licensing Company, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HARPO, INC. and OW LICENSING COMPANY, LLC<br><br>Plaintiffs,<br><br>v.<br><br>NUU3 NUTRITION LLC, BRENDAN O'SHEA, and DANNY O'SHEA,<br><br>Defendants. | Case No.: 2:23-cv-00899-JCM-MDC<br><br>**STIPULATION AND ORDER FOR PERMANENT INJUNCTION** |

Plaintiffs Harpo, Inc. ("Harpo") and OW Licensing Company, LLC ("OW"), on the one hand (collectively, "Plaintiffs") having filed a Complaint on June 7, 2023 against NUU3 Nutrition LLC ("NUU3"), Brendan O'Shea ("B. O'Shea"), and Danny O'Shea ("D. O'Shea"), on the other hand (collectively, "Defendants"), asserting claims for trademark

1  dilution, trademark infringement, unfair competition, and false advertising under the U.S.
2  Trademark Act of 1946, 15 U.S.C. §§ 1051 *et seq.*, together with claims under Nevada
3  common law for trademark infringement, unfair competition, and violation of the common
4  law right of publicity, and NRS § 597.770, *et. seq* for unauthorized commercial use of a
5  name; and the parties, having agreed upon a resolution of this matter prior to a trial on the
6  merits, and having entered into a Confidential Settlement Agreement for that purpose on
7  April 9, 2024; and such Settlement Agreement providing for, *inter alia*, the entry of a
8  Permanent Injunction; and for good cause shown;

9      IT IS ORDERED, ADJUDGED AND DECREED:

10      1.  This Court has jurisdiction over the parties, the signatories hereto, and the
11  subject matter of this action.

12      2.  Defendants, together with their officers, managers, agents, servants,
13  affiliates, employees, subsidiaries, heirs, successors and assigns, and representatives
14  thereof, and all other persons, firms or companies in active concert or participation with
15  them or any of them, now or in the future, shall be and are hereby permanently enjoined
16  and restrained from:

17      A.  Making any and all use of the OPRAH trademark that is the subject
18  U.S. Registration Nos. 1726373, 2521889, 3377275, 3765841, 2638506, 3246379,
19  3078245, 5093766, 4219210, 4321765, 5642150, 6428495, 5304997, 4368870,
20  4368871, 4526018, 5114356, 6754689, 5348132, and 5343107 (collectively, the
21  "OPRAH Trademarks"), or any confusingly similar variation thereof, on or in
22  connection with the packaging, marketing, advertising, promotion, or sale, anywhere
23  in the world, of weight loss gummies or any other product or related service currently
24  or in the future developed, advertised, marketed or sold by any of the Defendants or
25  any entities owned or controlled by any of the Defendants ("Defendants'
26  Products/Services"), including without limitation, on any sales, advertising,
27  promotional, marketing, packaging and/or labeling material, in any media,
28  ("Packaging/Promotional Materials") for or related to the Defendants'

124441919.1

1  Products/Services;

2        B.      Making any and all use of Ms. Oprah Winfrey's name, image and/or likeness ("Ms. Winfrey's Publicity Rights") on or in connection with the packaging, marketing, advertising, promotion, or sale, anywhere in the world, of the Defendants' Products/Services, including without limitation on any Packaging/Promotional Materials for or related to the Defendants' Products/Services; and

8        C.      Disseminating, making and/or otherwise using any Packaging/Promotional Materials for or related to Defendants' Products/Services that are likely to cause consumers to believe that (a) Defendants' Products/Services are products or services of Plaintiffs (or their successors in interest); (b) Defendants or the Defendants' Products/Services are authorized or sponsored by, or affiliated or connected with Plaintiffs (or their successors in interest), the OPRAH Family of Marks, or any other product or services of either Plaintiff (or their successors in interest).

16  3.      Entry of this Permanent Injunction shall conclude this action to the prejudice of any and all claims deemed merged and barred in accordance with the law, and this case is otherwise voluntarily dismissed with prejudice with each party to bear their own attorneys' fees and costs, except that the Court will retain jurisdiction to enforce this Permanent Injunction and the Settlement Agreement, incorporated by reference.

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

124441919.1

4. This Permanent Injunction may be signed in counterparts and may be obtained and exchanged by electronic mail.

Dated this 12th day of April, 2024.

**IT IS SO AGREED AND STIPULATED**:

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | GILE LAW GROUP LTD. |
|---|---|
| */s/ Meng Zhong*<br>Michael J. McCue, NV Bar No. 6055<br>Meng Zhong, NV Bar No. 12145<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>T: (702) 949.8200<br>E-mail: MMcCue@LewisRoca.com<br>E-mail: MZhong@LewisRoca.com<br><br>Fara S. Sunderji (admitted pro hac vice)<br>Tamara Carmichael (admitted pro hac vice)<br>DORSEY & WHITNEY LLP<br>51 West 52nd Street<br>New York, NY 10019<br>T: (212) 415-9200<br>E-mail: sunderji.fara@dorsey.com<br>E-mail: Carmichael.tamara@dorsey.com<br><br>John Marti (admitted pro hac vice )<br>Caitlin Hull (admitted pro hac vice)<br>DORSEY & WHITNEY LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>T: (612) 340-2600<br>E-mail: marti.john@dorsey.com<br>E-mail: hull.caitlin@dorsey.com<br><br>*Attorneys for Plaintiffs Harpo, Inc. and OW Licensing Company, LLC* | */s/ Ryan Gile*<br>Ryan Gile, Esq., NV Bar No. 8807<br>1180 N. Town Center Drive, Suite 100<br>Las Vegas, NV 89144<br>T: (702) 703-7288<br>E-mail: rg@gilelawgroup.com<br><br>*Attorney for Defendants Nuu3 Nutrition LLC, Brendan O'Shea, and Danny O'Shea* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: April 17, 2024

124441919.1